Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
**Shimoda Law Corp.**
9401 E. Stockton Boulevard, Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
       jrodriguez@shimodalaw.com

Attorneys for Plaintiffs JEANETTE HOANG, YUN WU, GUANG GU XIANG, MENGTING FANNY KUO, GIA NHAM THANH, EDMOND CAU VAN, GAO ZHI WEI, DANNY HUNG LEUNG, YE-GUI BU, and COOC MAN COONG

DOWNEY BRAND LLP
STEPHEN J. MEYER (SBN 75326)
ANDREW L. COLLIER (SBN 191137)
CASSANDRA M. FERRANNINI (SBN 204277)
KATIE KONZ (SBN 271436)
621 Capitol Mall 18th Floor
Sacramento, CA 95814-4731
Phone: (916) 444-1000
Fax: (916) 444-2100
Email: smeyer@downeybrand.com
       acollier@downeybrand.com
       cferrannini@downeybrand.com
       kkonz@downeybrand.com

Attorneys for Defendant VINH PHAT SUPERMARKET, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANETTE HOANG, YUN WU, GUANG GU XIANG, MENGTING FANNY KUO, GIA NHAM THANH, EDMOND CAU VAN, GAO ZHI WEI, DANNY HUNG LEUNG, YE-GUI BU, and COOC MAN COONG,<br><br>    Plaintiffs,<br>v.<br><br>VINH PHAT SUPERMARKET, INC., a California Corporation; SAU V. VONG, as an individual; CAM LY, as an individual; SUYING PLASKETT, as an individual; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. 2:13-CV-00724-WBS-EFB<br><br>Sacramento County Superior Court Case No.: 34-2012-00136677<br><br>**ORDER GRANTING PLAINTIFFS LEAVE TO AMEND PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br><br>FAC Filed:  March 13, 2013<br>Trail Date:  None Set |

IT IS HEREBY ORDERED that, good cause having been shown, the Stipulation between Plaintiffs JEANETTE HOANG, YUN WU, GUANG GU XIANG, MENGTING FANNY KUO, GIA NHAM THANH, EDMOND CAU VAN, GAO ZHI WEI, DANNY HUNG LEUNG, YE-GUI BU, and COOC MAN COONG ("Plaintiffs") and Defendant VINH PHAT SUPERMARKET, INC. ("Defendant"), for leave to amend Plaintiffs First Amended Complaint is GRANTED pursuant to Federal Rule of Civil Procedure, Rule 15(a)(2).  The Second Amended Complaint attached as Exhibit A to Plaintiffs' and Defendant's Amended Stipulation shall be deemed filed and served as of May 15, 2013, and Defendant's time to respond to the Second Amended Complaint shall run from that date.  The May 20, 2013 hearing date on defendant's motion to dismiss is vacated, and the motion is now moot (Docket No. 6).

Dated:  May 3, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE