| | |
|---|---|
| 1 | James R. Kirby II, SBN 088911 |
| | John T. Kinn, SBN 130270 |
| 2 | **SEGAL & KIRBY LLP** |
| | 400 Capitol Mall, Suite 1600 |
| 3 | Sacramento, CA  95814 |
| | Telephone: (916) 441-0828; Facsimile: (916) 441-0886 |
| 4 | jkirby@segalandkiby.com; jkinn@segalandkiby.com |
| 5 | Attorneys for Defendants Sau V. Vong, Cam Ly, and Suying Plaskett |
| 6 | Galen T. Shimoda, SBN 226752 |
| | Justin P. Rodriguez, SBN 278275 |
| 7 | SHIMODA LAW CORP. |
| | 9401 E. Stockton Boulevard, Suite 200 |
| 8 | Elk Grove, CA 95624 |
| | Telephone: (916) 525-0716; Facsimile: (916) 760-3733 |
| 9 | attorney@shimodalaw.com; jrodriguez@shimodalaw.com |
| 10 | Attorneys for Plaintiffs Jeanette Hoang, Yun Wu, Guang Gu Xiang, Mengitng Fanny Kuo, |
| | Dia Nham Thang, Edmond Cau Van, Gao Zhi Wei, Danny Hung Leung, Ye-gui Bu, and |
| 11 | Cooc Man Coong |
| 12 | DOWNEY BRAND LLP |
| | Stephen J. Meyer, SBN 75326 |
| 13 | Andrew L. Collier, SBN 191137 |
| | Cassandra M. Ferrannini, SBN 204277 |
| 14 | Katie Konz, SBN 271436 |
| | 621 Capitol Mall 18th Floor |
| 15 | Sacramento, CA 95814-4731 |
| | Telephone: (916) 444-1000; Facsimile: (916) 444-2100 |
| 16 | smeyer@downeybrand.com; acollier@downeybrand.com |
| | cferranmni@downeybrand.com; kkonz@downeybrand.com |
| 17 | |
| | Attorneys for Defendant Vinh Phat Supermarket, Inc. |
| 18 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | | |
| 21 | Jeanette Hoang, Yun Wu, Guang Gu Xiang, Mengting Fanny Kuo, Gia Nham Thanh, Edmond Cau Van, Gao Zhi Wei, Danny Hung Leung, Ye-gui Bu, and Cooc Man Coong, | CASE NO. 2:13-cv-00724-WBS-EFB |
| 22 | | **JOINT REQUEST TO CONTINUE STATUS (PRE-TRIAL SCHEDULING) CONFERENCE AND** ~~PROPOSED~~ **ORDER** |
| 23 | Plaintiffs, | |
| | vs. | |
| 24 | | Date: July 22, 2013 |
| 25 | Vinh Phat Supermarket, Inc., a California Corporation; Sau V. Vong, as an Individual; Cam Ly, as an Individual; Suying Plaskett, | Time: 2:00 p.m. |
| | | Courtroom: 5 |
| 26 | as an Individual; and Does 1 to 100, Inclusive, | Judge: Hon. William J. Shubb |
| 27 | | |
| 28 | Defendants. _____/ | |

1     The Court has set a status (pre-trial scheduling) conference in this matter for July 22, 2013, to address discovery cut-offs and similar issues.

    Defendant Vinh Phat Supermarket, Inc. (Vinh Phat) has filed a motion to dismiss that is scheduled for hearing on July 15, 2013. When this motion is resolved, Vinh Phat will file a counter-claim raising additional legal issues along with its answer.

    Individual defendants Vong, Ly and Plaskett (Defendants) have filed a motion to dismiss and for joinder of an additional party defendant that is set for hearing on July 29, 2013. Depending upon the Court's ruling, Defendants may file a third party complaint or counter-claim adding a party and raising additional legal issues when they answer.

    In short, neither the legal issues nor the identities of all defendants are yet settled. The parties do not believe meaningful scheduling can take place until these matters are resolved. At least one new party (and that party's counsel) would not be represented at the conference, creating the possibility that any schedule set by the Court might require modification in the near future.

    The parties therefore jointly request that the Court continue the status (pre-trial scheduling) conference to permit clarification of the legal issues and addition of new parties. Counsel has obtained dates from the Court's clerk; September 3, 2013, is available for all current counsel.

Dated: June 24, 2013              Respectfully Submitted,

                                  **SEGAL & KIRBY LLP**

                                  By:/s/ James R. Kirby II
                                     JAMES R. KIRBY II
                                     Attorneys for Defendants
                                     Sau V. Vong, Cam Ly and Suying Plaskett


Dated: June 24, 2013              **SHIMODA LAW CORP.**

                                  By: /s/ Galen T. Shimoda
                                      GALEN T. SHIMODA
                                      Attorney for Plaintiffs

1  Dated: June 24, 2013                    **DOWNEY BRAND LLP**

2

3                              By: /s/ Cassandra Ferrannini
                                   CASSANDRA FERRANNINI
                                   Attorneys for Vinh Phat Supermarket, Inc.
4

5

6                                   **ORDER**

7       For good cause shown, the Court continues the status (pre-trial scheduling)

8  conference in this matter to September 3, 2013 at 2:00 p.m.  A Joint Status Report shall be

9  filed no later than August 20, 2013.

10  Dated:        June 24, 2013

11  _____
    WILLIAM B. SHUBB
12  UNITED STATES DISTRICT JUDGE