James R. Kirby II, SBN 088911
John T. Kinn, SBN 130270
**SEGAL & KIRBY LLP**
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone: (916) 441-0828; Facsimile: (916) 441-0886
jkirby@segalandkiby.com; jkinn@segalandkiby.com

Attorneys for Defendants Sau V. Vong, Cam Ly, and Suying Plaskett

Galen T. Shimoda, SBN 226752
Justin P. Rodriguez, SBN 278275
SHIMODA LAW CORP.
9401 E. Stockton Boulevard, Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716; Facsimile: (916) 760-3733
attorney@shimodalaw.com; jrodriguez@shimodalaw.com

Attorneys for Plaintiffs Jeanette Hoang, Yun Wu, Guang Gu Xiang, Mengitng Fanny Kuo, Dia Nham Thang, Edmond Cau Van, Gao Zhi Wei, Danny Hung Leung, Ye-gui Bu, and Cooc Man Coong

DOWNEY BRAND LLP
Stephen J. Meyer, SBN 75326
Andrew L. Collier, SBN 191137
Cassandra M. Ferrannini, SBN 204277
Katie Konz, SBN 271436
621 Capitol Mall 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000; Facsimile: (916) 444-2100
smeyer@downeybrand.com; acollier@downeybrand.com
cferranmni@downeybrand.com; kkonz@downeybrand.com

Attorneys for Defendant Vinh Phat Supermarket, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeanette Hoang, Yun Wu, Guang Gu Xiang, Mengting Fanny Kuo, Gia Nham Thanh, Edmond Cau Van, Gao Zhi Wei, Danny Hung Leung, Ye-gui Bu, and Cooc Man Coong,<br><br>    Plaintiffs,<br>        vs.<br><br>Vinh Phat Supermarket, Inc., a California Corporation; Sau V. Vong, as an Individual; Cam Ly, as an Individual; Suying Plaskett, as an Individual; and Does 1 to 100, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. 2:13-cv-00724-WBS-EFB<br><br>**JOINT REQUEST TO CONTINUE STATUS (PRE-TRIAL SCHEDULING) CONFERENCE AND ~~PROPOSED~~ ORDER**<br><br>Date:         July 22, 2013<br>Time:         2:00 p.m.<br>Courtroom:  5<br><br>Judge:        Hon. William J. Shubb |

1    The Court has set a status (pre-trial scheduling) conference in this matter for July
2    22, 2013, to address discovery cut-offs and similar issues.
3    Defendant Vinh Phat Supermarket, Inc. (Vinh Phat) has filed a motion to dismiss
4    that is scheduled for hearing on July 15, 2013.  When this motion is resolved, Vinh Phat
5    will file a counter-claim raising additional legal issues along with its answer.
6    Individual defendants Vong, Ly and Plaskett (Defendants) have filed a motion to
7    dismiss and for joinder of an additional party defendant that is set for hearing on July 29,
8    2013.  Depending upon the Court's ruling, Defendants may file a third party complaint or
9    counter-claim adding a party and raising additional legal issues when they answer.
10   In short, neither the legal issues nor the identities of all defendants are yet settled.
11   The parties do not believe meaningful scheduling can take place until these matters are
12   resolved.  At least one new party (and that party's counsel) would not be represented at the
13   conference, creating the possibility that any schedule set by the Court might require
14   modification in the near future.
15   The parties therefore jointly request that the Court continue the status (pre-trial
16   scheduling) conference to permit clarification of the legal issues and addition of new
17   parties.  Counsel has obtained dates from the Court's clerk; September 3, 2013, is
18   available for all current counsel.

19   Dated: June 24, 2013                    Respectfully Submitted,

20                                            **SEGAL & KIRBY LLP**

21
22                                            By: /s/ James R. Kirby II
                                              JAMES R. KIRBY II
                                              Attorneys for Defendants
23                                            Sau V. Vong, Cam Ly and Suying Plaskett

24

25   Dated: June 24, 2013                    **SHIMODA LAW CORP.**

26
                                              By: /s/ Galen T. Shimoda
27                                            GALEN T. SHIMODA
                                              Attorney for Plaintiffs
28

Dated: June 24, 2013              **DOWNEY BRAND LLP**

By: /s/ Cassandra Ferrannini
CASSANDRA FERRANNINI
Attorneys for Vinh Phat Supermarket, Inc.

### ORDER

For good cause shown, the Court continues the status (pre-trial scheduling) conference in this matter to September 3, 2013 at 2:00 p.m.  A Joint Status Report shall be filed no later than August 20, 2013.

Dated:      June 24, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE