1  James R. Kirby II, SBN 088911
   John T. Kinn, SBN 130270
2  **SEGAL & KIRBY LLP**
   400 Capitol Mall, Suite 1600
3  Sacramento, CA  95814
   Telephone: (916) 441-0828; Facsimile: (916) 441-0886
4  jkirby@segalandkiby.com; jkinn@segalandkirby.com

5  Attorneys for Defendants Sau V. Vong, Cam Ly, and Suying Plaskett

6  Galen T. Shimoda, SBN 226752
   Justin P. Rodriguez, SBN 278275
7  SHIMODA LAW CORP.
   9401 E. Stockton Boulevard, Suite 200
8  Elk Grove, CA 95624
   Telephone: (916) 525-0716; Facsimile: (916) 760-3733
9  attorney@shimodalaw.com; jrodriguez@shimodalaw.com

10 Attorneys for Plaintiffs Jeanette Hoang, Yun Wu, Guang Gu Xiang, Mengitng Fanny Kuo,
   Dia Nham Thang, Edmond Cau Van, Gao Zhi Wei, Danny Hung Leung, Ye-gui Bu, and
11 Cooc Man Coong

12 DOWNEY BRAND LLP
   Stephen J. Meyer, SBN 75326
13 Andrew L. Collier, SBN 191137
   Cassandra M. Ferrannini, SBN 204277
14 Katie Konz, SBN 271436
   621 Capitol Mall 18th Floor
15 Sacramento, CA 95814-4731
   Telephone: (916) 444-1000; Facsimile: (916) 444-2100
16 smeyer@downeybrand.com; acollier@downeybrand.com
   cferranmni@downeybrand.com; kkonz@downeybrand.com
17
   Attorneys for Defendant Vinh Phat Supermarket, Inc.
18
                    UNITED STATES DISTRICT COURT
19
                    EASTERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| 21 Jeanette Hoang, Yun Wu, Guang Gu Xiang, Mengting Fanny Kuo, Gia Nham Thanh, Edmond Cau Van, Gao Zhi Wei, Danny Hung Leung, Ye-gui Bu, and Cooc Man Coong, | CASE NO. 2:13-cv-00724-WBS-EFB |
| | **JOINT REQUEST TO CONTINUE STATUS (PRE-TRIAL SCHEDULING) CONFERENCE AND ~~PROPOSED~~ ORDER** |
| 23          Plaintiffs, | |
|             vs. | Date:        September 3, 2013 |
| 24 | Time:        2:00 p.m. |
| 25 Vinh Phat Supermarket, Inc., a California Corporation; Sau V. Vong, as an Individual; Cam Ly, as an Individual; Suying Plaskett, as an Individual; and Does 1 to 100, Inclusive, | Courtroom:  5 |
| 26 | Judge:       Hon. William J. Shubb |
| 27 | |
| 28          Defendants. | |
| _____/ | |

1   The Court has set a status (pre-trial scheduling) conference in this matter for

2   September 3, 2013, to address discovery cut-offs and similar issues.

3   Defendant Vinh Phat Supermarket, Inc. (Vinh Phat) submitted a motion to dismiss

4   which was heard on July 29, 2013.  The motion is under submission.  After the Court's

5   ruling, Vinh Phat will file a counter-claim raising additional legal issues along with its

6   answer.

7   Individual Defendants Vong, Ly and Plaskett (Defendants) submitted a motion to

8   dismiss and for joinder of an additional party defendant which was also heard on July 29,

9   2013.   The motion is under submission.  Depending upon the Court's ruling, Defendants

10   may file a third party complaint or counter-claim adding a party and raising additional legal

11   issues when they answer.

12   In short, neither the legal issues nor the identities of all defendants are yet settled.

13   The parties do not believe meaningful scheduling can take place until these matters are

14   resolved.  At least one new party (and that party's counsel) would not be represented at the

15   conference, creating the possibility that any schedule set by the Court might require

16   modification in the near future.

17   The parties therefore jointly request that the Court continue the status (pre-trial

18   scheduling) conference to permit clarification of the legal issues and addition of new

19   parties.  Counsel has obtained dates from the Court's clerk; September 30, 2013, is

20   available for all current counsel.

21   Dated: August 12, 2013                   Respectfully Submitted,

22                                           **SEGAL & KIRBY LLP**

23

24   By:/s/ James R. Kirby II _____
      JAMES R. KIRBY II
      Attorneys for Defendants

25   Sau V. Vong, Cam Ly and Suying Plaskett

26   Dated: August 12, 2013          **SHIMODA LAW CORP.**

27

28   By: /s/ Galen T. Shimoda _____
      GALEN T. SHIMODA
      Attorney for Plaintiffs

1   Dated: August 12, 2013                **DOWNEY BRAND LLP**

2

3                                          By: /s/ Cassandra Ferrannini
                                               CASSANDRA FERRANNINI
                                               Attorneys for Vinh Phat Supermarket, Inc.
4

5

6                                          **ORDER**

7       For good cause shown, the Court continues the status (pre-trial scheduling)

8   conference in this matter to **September 30, 2013 at 2:00 p.m.**  A joint status report shall

9   be filed no later than September 16, 2013.

10  Dated:  August 12, 2013

11

12  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Request To Continue Status Conference And Proposed Order