James R. Kirby II, SBN 088911
John T. Kinn, SBN 130270
**SEGAL & KIRBY LLP**
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone: (916) 441-0828; Facsimile: (916) 441-0886
jkirby@segalandkiby.com; jkinn@segalandkiby.com

Attorneys for Defendants Sau V. Vong, Cam Ly, and Suying Plaskett

Galen T. Shimoda, SBN 226752
Justin P. Rodriguez, SBN 278275
SHIMODA LAW CORP.
9401 E. Stockton Boulevard, Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716; Facsimile: (916) 760-3733
attorney@shimodalaw.com; jrodriguez@shimodalaw.com

Attorneys for Plaintiffs Jeanette Hoang, Yun Wu, Guang Gu Xiang, Mengitng Fanny Kuo, Dia Nham Thang, Edmond Cau Van, Gao Zhi Wei, Danny Hung Leung, Ye-gui Bu, and Cooc Man Coong

DOWNEY BRAND LLP
Stephen J. Meyer, SBN 75326
Andrew L. Collier, SBN 191137
Cassandra M. Ferrannini, SBN 204277
Katie Konz, SBN 271436
621 Capitol Mall 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000; Facsimile: (916) 444-2100
smeyer@downeybrand.com; acollier@downeybrand.com
cferranmni@downeybrand.com; kkonz@downeybrand.com

Attorneys for Defendant Vinh Phat Supermarket, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeanette Hoang, Yun Wu, Guang Gu Xiang, Mengting Fanny Kuo, Gia Nham Thanh, Edmond Cau Van, Gao Zhi Wei, Danny Hung Leung, Ye-gui Bu, and Cooc Man Coong,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>Vinh Phat Supermarket, Inc., a California Corporation; Sau V. Vong, as an Individual; Cam Ly, as an Individual; Suying Plaskett, as an Individual; and Does 1 to 100, Inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 2:13-cv-00724-WBS-EFB<br><br>**JOINT REQUEST TO CONTINUE STATUS (PRE-TRIAL SCHEDULING) CONFERENCE AND** ~~PROPOSED~~ **ORDER**<br><br>Date:　　　September 3, 2013<br>Time:　　　2:00 p.m.<br>Courtroom:　5<br><br>Judge:　　　Hon. William J. Shubb |

-1-
Joint Request To Continue Status Conference And Proposed Order

The Court has set a status (pre-trial scheduling) conference in this matter for September 3, 2013, to address discovery cut-offs and similar issues.

Defendant Vinh Phat Supermarket, Inc. (Vinh Phat) submitted a motion to dismiss which was heard on July 29, 2013. The motion is under submission. After the Court's ruling, Vinh Phat will file a counter-claim raising additional legal issues along with its answer.

Individual Defendants Vong, Ly and Plaskett (Defendants) submitted a motion to dismiss and for joinder of an additional party defendant which was also heard on July 29, 2013. The motion is under submission. Depending upon the Court's ruling, Defendants may file a third party complaint or counter-claim adding a party and raising additional legal issues when they answer.

In short, neither the legal issues nor the identities of all defendants are yet settled. The parties do not believe meaningful scheduling can take place until these matters are resolved. At least one new party (and that party's counsel) would not be represented at the conference, creating the possibility that any schedule set by the Court might require modification in the near future.

The parties therefore jointly request that the Court continue the status (pre-trial scheduling) conference to permit clarification of the legal issues and addition of new parties. Counsel has obtained dates from the Court's clerk; September 30, 2013, is available for all current counsel.

Dated: August 12, 2013                Respectfully Submitted,

**SEGAL & KIRBY LLP**

By:/s/ James R. Kirby II
JAMES R. KIRBY II
Attorneys for Defendants
Sau V. Vong, Cam Ly and Suying Plaskett

Dated: August 12, 2013                **SHIMODA LAW CORP.**

By: /s/ Galen T. Shimoda
GALEN T. SHIMODA
Attorney for Plaintiffs

1 | Dated: August 12, 2013 **DOWNEY BRAND LLP**

2

3 | By: /s/ Cassandra Ferrannini
CASSANDRA FERRANNINI
Attorneys for Vinh Phat Supermarket, Inc.

4

5

6 | **ORDER**

7 | For good cause shown, the Court continues the status (pre-trial scheduling) conference in this matter to **September 30, 2013 at 2:00 p.m.** A joint status report shall be filed no later than September 16, 2013.

Dated: August 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE