LOCKE LORD LLP
John P. Yung, SBN 201292
Krista J. Dunzweiler, SBN 227384
Daniel A. King, SBN 258524
500 Capitol Mall, Suite 1800
Sacramento, CA  95814
Telephone:  (916)930-2500
Facsimile:  (916)930-2500
jyung@lockelord.com
kdunzweiler@lockelord.com
dking@lockelord.com

Attorneys for Third-Party Defendant,
MUOI LAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE HOANG, YUN WU, GUANG GU XIANG, MENGTING FANNY KUO, GIA NHAM THANH, EDMOND CAU VAN, GAO ZHI WEI, DANNY HUNG LEUNG, YE-GUI BU, and COOC MAN COONG,<br><br>        Plaintiffs,<br><br>    v.<br><br>VINH PHAT SUPERMARKET, INC., a California Corporation; SAU V. VONG, as an individual; CAM LY, as an individual; SUYING PLASKETT, as an individual; and DOES 1 to 100, inclusive,<br>        Defendants.<br><br>AND RELATED ACTIONS | CASE NO. 2:13-cv-00724-WBS-EFB<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER** |

      Whereas, Third-Party Plaintiffs Suying Plaskett, Sau Vong, and Cam Ly (aka Chan Cam Ly) (collectively "Third Party Plaintiffs") and Third-Party Defendant Muoi Lam ("Third-Party Defendant") previously stipulated to extend the time for Third-Party Defendant to respond to the

Third-Party Complaint to November 27, 2013, pursuant to Local Rule 144(a), in order to pursue alternative dispute resolution.

Whereas, all parties to the entire action have now agreed to participate in a mediation scheduled for December 17, 2013.

Whereas, both sides wish to avoid burdening the Court with and incurring the expense of motion practice, including, without limitation motion practice under Rule 12(b)(6), concerning the Third-Party Complaint, which Third-Party Defendant will file should mediation fail to resolve the dispute as between these parties.

Whereas, this Stipulation is entered pursuant to Federal Rules of Civil Procedure Rule 6 and Local Rule 144(a).

Whereas, counsel to all other parties to this action are aware of this stipulation and raise no objection.

Therefore, Third-Party Plaintiffs and Third-Party Defendant hereby stipulate that Third-Party Defendant shall have until 30 days after mediation of this matter is concluded to respond to the Third Party Complaint.

Third-Party Plaintiffs and Third-Party Defendant also hereby respectfully request the Court issue the attached [Proposed] Order so extending Third-Party Plaintiff's time to respond until after mediation of this matter concludes.

**SO STIPULATED**

Dated: November ___, 2013                              Respectfully submitted,

                                                       LOCKE LORD LLP


                                                       By:  */s/ Daniel A. King*
                                                            DANIEL A. KING
                                                       Attorneys for Third-Party Defendant
                                                            MUOI LAM

1 | Dated: November ___, 2013        SEGAL & KIRBY LLP

By:_____
JOHN T. KINN
Attorneys for Third-Party Plaintiffs
SAU V. VONG, CAM LY, and SUYING PLASKETT

**Locke Lord LLP**
500 Capitol Mall, Suite 1800
Sacramento, CA 95814

**Order**

For good cause shown, the Court hereby extends Third-Party Defendant Muoi Lam's time to respond to the Third-Party Complaint filed by Third-Party Plaintiffs Suying Plaskett, Sau Vong, and Chan Cam Ly on August 26, 2013 in the above captioned matter (Docket No. 31) until thirty (30) calendar days after mediation between the parties to this suit has concluded.  If mediation does not conclude on December 17, 2013, Third-Party Defendant and Third-Party Plaintiffs shall inform the Court that mediation was not concluded and advise the Court when mediation will be concluded.

Dated:  November 19, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE