1  LOCKE LORD LLP
   John P. Yung, SBN 201292
2  Krista J. Dunzweiler, SBN 227384
   Daniel A. King, SBN 258524
3  500 Capitol Mall, Suite 1800
   Sacramento, CA  95814
4  Telephone:  (916)930-2500
   Facsimile:  (916)930-2500
5  jyung@lockelord.com
   kdunzweiler@lockelord.com
6  dking@lockelord.com
7
8  Attorneys for Third-Party Defendant,
   MUOI LAM
9

10              UNITED STATES DISTRICT COURT

11            EASTERN DISTRICT OF CALIFORNIA

12

13  JEANETTE HOANG, YUN WU, GUANG GU      CASE NO. 2:13-cv-00724-WBS-EFB
    XIANG, MENGTING FANNY KUO, GIA
14  NHAM THANH, EDMOND CAU VAN, GAO       **STIPULATION AND [~~PROPOSED~~]**
    ZHI WEI, DANNY HUNG LEUNG, YE-GUI     **ORDER**
15  BU, and COOC MAN COONG,

16              Plaintiffs,

17         v.

18  VINH PHAT SUPERMARKET, INC., a
    California Corporation; SAU V. VONG, as an
19  individual; CAM LY, as an individual; SUYING
    PLASKETT, as an individual; and DOES 1 to
20  100, inclusive,

21              Defendants.

22  AND RELATED ACTIONS

23

24

25         Whereas, Third-Party Plaintiffs Suying Plaskett, Sau Vong, and Cam Ly (aka Chan Cam Ly)

26  (collectively "Third Party Plaintiffs") and Third-Party Defendant Muoi Lam ("Third-Party

27  Defendant") previously stipulated to extend the time for Third-Party Defendant to respond to the

28

                                    1

Locke Lord LLP
500 Capitol Mall, Suite 1800
Sacramento, CA  95814

Third-Party Complaint to November 27, 2013, pursuant to Local Rule 144(a), in order to pursue alternative dispute resolution.

Whereas, Third Party Plaintiffs and Third-Party Defendant previously stipulated to extend the deadline to respond to thirty days following mediation in order to enable all parties in the action to participate in a mediation, which the Court approved by Order on or about November 20, 2013.

Whereas, all parties to the entire action participated in a mediation on December 17, 2013, wherein the parties to the original complaint in this matter agreed to settle their claims against Defendants Vinh Phat Supermarket, Suying Plaskett, Sau Vong, and Cam Ly.

Whereas, the parties to this stipulation are continuing to work towards final resolution of the Third-Party Complaint as an extension of the mediation process, following the settlement of the claims by the Plaintiffs.

Whereas, both sides wish to avoid burdening the Court with and incurring the expense of motion practice, including, without limitation motion practice under Rule 12(b)(6), concerning the Third-Party Complaint, which Third-Party Defendant will file should the parties fail to resolve the dispute as between these parties.

Whereas, this Stipulation is entered pursuant to Federal Rules of Civil Procedure Rule 6 and Local Rule 144(a).

Therefore, Third-Party Plaintiffs and Third-Party Defendant hereby stipulate that Third-Party Defendant shall have until February 18, 2014 to respond to the Third Party Complaint.

Third-Party Plaintiffs and Third-Party Defendant also hereby respectfully request the Court issue the attached [Proposed] Order so extending Third-Party Plaintiff's time to respond.

**SO STIPULATED**

Dated:  January 16, 2014                    Respectfully submitted,

                                            LOCKE LORD LLP


                                            By:  */s/ Daniel A. King*
                                                 DANIEL A. KING
                                                 Attorneys for Third-Party Defendant
                                                 MUOI LAM




Dated:  Dated:  January 16, 2014            SEGAL & KIRBY LLP


                                            By: */s/ John T. Kinn*
                                                 JOHN T. KINN
                                                 Attorneys for Third-Party Plaintiffs
                                                 SAU V. VONG, CAM LY, and SUYING
                                                 PLASKETT

**Locke Lord LLP**
**500 Capitol Mall, Suite 1800**
**Sacramento, CA  95814**

STIPULATION AND [PROPOSED] ORDER

**Order**

     For good cause shown, the Court hereby extends Third-Party Defendant Muoi Lam's time to respond to the Third-Party Complaint filed by Third-Party Plaintiffs Suying Plaskett, Sau Vong, and Chan Cam Ly on August 26, 2013 in the above captioned matter (Docket No. 31) until February 18, 2014.

Dated:  January 17, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE