1  Galen T. Shimoda (Cal. State Bar No. 226752)
   Justin P. Rodriguez (Cal. State Bar No. 278275)
2  **Shimoda Law Corp.**
   9401 E. Stockton Boulevard, Suite 200
3  Elk Grove, CA 95624
   Telephone: (916) 525-0716
4  Facsimile: (916) 760-3733
   Email: attorney@shimodalaw.com
5           jrodriguez@shimodalaw.com

6  Attorneys for Plaintiffs JEANETTE HONG, YUN WU, GUANG GU XIANG, MENGITNG
   FANNY KUO, DIA NHAM THANG, EDMOND CAU VAN, GAO ZHI WEI, DANNY HUNG
7  LEUNG, YE-GUI BU, and COOC MAN COONG

8

   DOWNEY BRAND LLP
9  STEPHEN J. MEYER (SBN 75326)
   ANDREW L. COLLIER (SBN 191137)
10 CASSANDRA M. FERRANNINI (SBN 204277)
   KATIE KONZ (SBN 271436)
11 621 Capitol Mall 18th Floor
   Sacramento, CA 95814-4731
12 Phone: (916) 444-1000
   Fax: (916) 444-2100
13 Email: smeyer@downeybrand.com
           acollier@downeybrand.com
14         cferrannini@downeybrand.com
           kkonz@downeybrand.com
15

16 Attorneys for Defendant VINH PHAT SUPERMARKET, INC.

17

18 JAMES R. KIRBY II, SBN 088911
   JOHN T. KINN, SBN 130270
19 SEGAL & KIRBY LLP
   400 Capitol Mall, Suite 1600
20 Sacramento, CA 95814
   Telephone: (916) 441-0828
21 Facsimile: (916) 441-0886
   jkirby@segalandkiby.com
22 jkinn@segalandkirby.com

23
   Attorneys for Defendants and Third-Party Plaintiff
24 SAU V. VONG, CAM LY, and SUYING PLASKETT

25

26

27

28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANETTE HONG, YUN WU, GUANG GU XIANG, MENGTING FANNY KUO, GIA NHAM THANH, EDMOND CAU VAN, GAO ZHI WEI, DANNY HUNG LEUNG, YE-GUI BU, and COOC MAN COONG,<br>　　　　　Plaintiffs,<br>　　v.<br><br>VINH PHAT SUPERMARKET, INC., a California Corporation; SAU V. VONG, as an individual; CAM LY, as an individual; SUYING PLASKETT, as an individual; and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No.  2:13-CV-00724-WBS-EFB<br><br>Sacramento County Superior Court<br>Case No.: 34-2012-00136677<br><br>**AMENDED JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br>SAC Filed:      May 2, 2013<br>Trial Date:     June 16, 2015 |

Pursuant to Federal Rule of Civil Procedure 41, subsection (a)(1), Plaintiffs JEANETTE HONG, YUN WU, GUANG GU XIANG, MENGITNG FANNY KUO, DIA NHAM THANG, EDMOND CAU VAN, GAO ZHI WEI, DANNY HUNG LEUNG, YE-GUI BU, and COOC MAN COONG (collectively referred to as "Plaintiffs") hereby request that their Complaint be dismissed in its entirety, with prejudice as to all Defendants, and with each party to bear its own costs and attorneys' fees.

Additionally, Defendant VINH PHAT SUPERMARKET, INC., hereby requests that its Counterclaim against JEANETTE HONG and DANNY HUNG LEUNG be dismissed in its entirety, with prejudice as to all Cross-Defendants, and with each party to bear its own costs and attorneys' fees.

Dated: January 30, 2014　　　　　　　　　　　　By:　/s/ Galen T. Shimoda
　　　　　　　　　　　　　　　　　　　　　　　　　Galen T. Shimoda
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

| | |
|---|---|
| Dated: January 30, 2014 | By:   /s/ Cassandra M. Ferrannini<br>Cassandra M. Ferrannini<br>(as authorized on January 29, 2014)<br>Attorney for Defendant VINH PHAT<br>SUPERMARKET, INC. |
| Dated: January 30, 2014 | By:   /s/ James R. Kirby II<br>James R. Kirby II<br>(as authorized on January 30, 2014)<br>Attorney for Defendants SAU V. VONG,<br>CAM LY, and SUYING PLASKETT |

**IT IS SO ORDERED:**

Dated:  January 30, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE