LOCKE LORD LLP
M. Taylor Florence (SBN 159695)
John P. Yung (SBN 201292)
500 Capitol Mall, Suite 1800
Sacramento, CA  95814
Telephone:  (916)930-2500
Facsimile:  (916)930-2500
mflorence@lockelord.com
jyung@lockelord.com

Attorneys for Third-Party Defendant,
MUOI LAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE HOANG, YUN WU, GUANG GU XIANG, MENGTING FANNY KUO, GIA NHAM THANH, EDMOND CAU VAN, GAO ZHI WEI, DANNY HUNG LEUNG, YE-GUI BU, and COOC MAN COONG,<br><br>         Plaintiffs,<br><br>   v.<br><br>VINH PHAT SUPERMARKET, INC., a California Corporation; SAU V. VONG, as an individual; CHAN LY, as an individual; SUYING PLASKETT, as an individual; and DOES 1 to 100, inclusive,<br>                              Defendants.<br><br>AND RELATED ACTIONS | CASE NO. 2:13-cv-00724-WBS-EFB<br><br>**CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE** |

Third-Party Defendant Muoi Lam ("Third Party Defendant Lam") was formerly represented by Krista J. Dunzweiler and Daniel A. King of Locke Lord LLP, who are no longer associated with Locke Lord LLP.  Therefore, Third Party Defendant Lam hereby designates the following attorneys from Locke Lord LLP as counsel for service in this action:

   M. Taylor Florence

   John P. Yung

This matter was closed on January 31, 2014, however, we are sending this change in designation of counsel in the event any notices are sent regarding this matter.

Dated:  October 3, 2014    Respectfully submitted,

LOCKE LORD LLP

By:  /s/ M. Taylor Florence
     M. TAYLOR FLORENCE
     Attorneys for Third-Party Defendant
     MUOI LAM